IN THE CIRCUIT COURT OF THE
                                           FOURTH JUDICIAL CIRCUIT IN AND
                                           FOR DUVAL COUNTY, FLORIDA

                                           GENERAL JURISDICTION DIVISION

RICHARD DORIVAL

        Plaintiff,

                                           CASE NO.:

vs.

TESFA BOGALE AGA

        Defendant.
_____/

## COMPLAINT FOR DAMAGES

      **COMES NOW,** Plaintiff, RICHARD DORIVAL, by and through the undersigned attorney, and hereby sues Defendant, TESFA BOGALE AGA, and pursuant to all applicable *Florida Rules of Civil Procedure* allege as follows:

      1.     This is an action in excess of One Hundred Thousand ($100,000.00) Dollars, exclusive of costs, attorney's fees, and interest.

      2.     At all times material hereto, Plaintiff was and is a resident of Miami-Dade County, Florida, and is otherwise *sui juris*.

      3.     Upon information and belief, Defendant committed a tortious act within this state and is otherwise *sui juris*.

      4.     Venue is just and proper as the collision giving rise to this action occurred on August 10, 2023, at or near SR-105 in Duval County, Florida.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

5. On or about August 10, 2023, Defendant was the owner and driver of a 2016 Volvo Semi Truck, Vehicle License Plate Number NM3866, VIN 4V4NC9EH1GN966911 (hereinafter "Defendant's vehicle").

6. On the above date, Plaintiff was driving a 2016 Freightliner Cascadia Semi Truck, License Plate Number 3455432, VIN 1FUJGLD59GLHM4739 (hereinafter "Plaintiff's Vehicle") westbound on Sheridan Street when he stopped for traffic in the right through lane.

7. At the same date and time, while operating Defendant's vehicle, Defendant crashed into the front of Plaintiff's vehicle causing a violent collision (hereinafter "the incident").

8. Defendant was found at-fault by Community Service Officer A.C Zeledon, badge number 86507 of the Jacksonville Sheriff's Office.

9. The Jacksonville Sheriff's Office determined the Defendant was solely at fault for the traffic crash and cited him for improper backing under Fla. Stat. § 316.1985(1).

10. As a result of the incident, Plaintiff suffered severe and permanent injuries.

## COUNT I – NEGLIGENCE BY TESFA BOGALE AGA

Plaintiff re-alleges and re-adopts paragraphs 1 through 10 as if fully set forth verbatim herein, and further states as follows:

11. At all times material hereto, Defendant had a duty to the public and to Plaintiff to exercise reasonable care and diligence in the operation and maintenance of Defendant's vehicle.

12. At the time of the incident, Defendant breached his duty, negligently operated Defendant's vehicle, and crashed into the front of Plaintiff's vehicle.

13. Defendant breached his duty by negligently, carelessly, and/or intentionally backing into the front of Plaintiff's vehicle while it was parked.

14. Defendant breached his duty by negligently, carelessly, and/or intentionally operating Defendant's vehicle such that it collided and/or caused a crash with Plaintiff's vehicle.

15. As a direct and proximate result of Defendant's negligence, Plaintiff suffered permanent losses, including but not limited to bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, aggravation or acceleration of pre-existing injury, loss of earnings and loss of ability to earn money. These losses are either permanent or continuing and Plaintiff will suffer losses in the future.

WHEREFORE, Plaintiff demands judgment against Defendant for damages in a sum in excess of the minimal jurisdictional limits of this Court, together with costs of this suit, and any other relief this Court deems proper, and demands a trial by jury on all issues so triable.

DATED at Duval County, Florida this 16 day of April, 2025.

*James Piccolino*

**JAMES PICCOLINO LAW P.A.**
/s/ James Piccolino, Esq.
**Attorney for Plaintiff**
1221 Brickell Avenue, Suite 900
Miami, Fl 33131

Phone: 718-753-8947
James.Piccolino@gmail.com
Florida Bar No.: 101974